| AO-10<br>Rev. 1/93 | **FINANCIAL DISCLOSURE REPORT** | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>SQUATRITO; Dominic J. | 2. Court or Organization<br>U.S. District Court<br>450 Main St., Hartford, CT | 3. Date of Report<br><br>8/2/94 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>Nominee Federal Judge; US District Court | 5. Report Type (check appropriate type)<br>_X_ Nomination, Date 7/28/94<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/93 thru<br>7/28/94 |
| 7. Chambers or Office Address<br><br>773 Main Street<br>Manchester, CT 06040 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ____<br><br>Reviewing Officer Signature _____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION               NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions)

Director-Natchaug Hospital, Inc.; Director-Dean Machine Products, Inc.; Vice President & Secretary-Carla's Pasta, Inc.; Trustee of 1979 A Trust of Samantha Lombardo; Trustee of 1979 B Trust of Samantha Lombardo; Trustee of 1979 A Trust of Nancy Lombardo; Trustee of 1979 B Trust of Nancy Lombardo; Trustee of 1979 A Trust of Stacey Lombardo; Trustee of 1979 B Trust of Stacey Lombardo; Trustee of 1979 A Trust of Todd R.S. Lombardo; Trustee of 1979 B Trust of Todd R.S. Lombardo; Trustee of 1979 A Trust of Tracy Lombardo; Trustee of 1979 B Trust of Tracy Lombardo; Partner Spring Valley Associates; Partner Dewey Richman Associates

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE               PARTIES AND TERMS

[ ] NONE (No reportable agreements)

There will be an installment payment to me for my equity interest in my law firm, Phelon, Squatrito, FitzGerald, Dyer, Wood & Berte, P.C., which has not yet been finalized. In addition, I will receive income pursuant to our compensation plan for legal work I previously completed and billed which has not yet been collected.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1 Salary | Attorney-Phelon, Squatrito, FitzGerald, Dyer, Wood & Berte, P.C., Manchester, CT | $ 178,685 |
| 2 | | $ |
| 3 | Carla Squatrito (S); President/Owner of Carla's Pasta, Inc., pasta manufacturer; Manchester, CT | $ |
| 4 | | $ |
| 5 | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>DOMINIC J. SQUATRITO | Date of Report<br>8/2/94 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |
| 1 EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| 1 EXEMPT | | |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| 1 Mechanics Savings Bank (J) | Personal Installment loan | J |
| 2 Mechanics Savings Bank (J) | Personal Installment loan | L |
| 3 Student Loan Marketing Assoc. (S) | Personal Installment loan | K |
| 4 Spring Valley Associates | See VIII explanation | |
| 5 Dewey Richman Associates | See VIII explanation | |
| 6 | | |
| 7 | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | DOMINIC J. SQUATRITO | 8/2/94 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | EXEMPT | |
| 1 GTE-common stock (S) | A | Div. | J | T | | | | | | |
| 2 US Surgical-common stk (S) | A | Div. | J | T | | | | | | |
| 3 Comsat Corp.-common stk | A | Div. | J | T | | | | | | |
| 4 Fidelity Contra Fund-mutual fund | A | Div. | J | T | | | | | | |
| 5 Homestake Mining-common stock (DC) | A | Div. | J | T | | | | | | |
| 6 Dundee Bank Corp.-common stock (DC) | A | Div. | J | T | | | | | | |
| 7 Mesa Offshore Trust-common stock (DC) | A | Div. | J | T | | | | | | |
| 8 Carla's Pasta, Inc.-common stk (S) | | None | P | W | | | | | | |
| 9 Manchester State Bank-checking acct (S) | A | Int. | J | T | | | | | | |
| 10 Fleet Bank-checking acct. (J) | A | Int. | K | T | | | | | | |
| 11 Spring Valley Associates Windham, CT-realest. ptnr ship | | None | N | W | | , | | | | |
| 12 See VIII re: Spring Valley | | | | | | | | | | |
| 13 Dewey Richman Associates Manchester CT-real est. ptnr | A | Rent | O | Q-2/10/93 | | | | | | |
| 14 See VIII re: Dewey Richman ship | | | | | | | | | | |
| 15 Turin, Italy-real estate (S) | | None | K | W | | | | | | |
| 16 Cossombrato, Italy-real estate (S) | | None | K | W | | | | | | |
| 17 Phelon, Squatrito, Fitz-Gerald, Dyer, Wood & Berte, | | None | M | W | | | | | | |
| 18 PC-common stock | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | DOMINIC J. SQUATRITO | 8/2/94 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

DEWEY-RICHMAN ASSOCIATES: A general partnership composed of the law members of Phelon, Squatrito, FitzGerald, Dyer, Wood & Berte, P.C. which owns the law office building at 773 Main Street, Manchester, Connecticut. Dominic J. Squatrito's share is 12½ percent. There are mortgages of $598,561 on the building with The Savings Bank of Manchester for which Dominic J. Squatrito is jointly and severally liable. The property was appraised for $550,000 on February 10, 1993.

SPRING VALLEY ASSOCIATES: A general partnership composed of Dominic J. Squtrito and Daniel C. Guachione for the development and sale of building lots in Windham, Connecticut. The estimated market value is $435,000. Dominic J. Squatrito's one-half share should have an estimated net value of $103,614 over the partnership mortgage. The partnership has given a first mortgage on its rel estate to Shawmut Bank, the balance of which is $226,173 for which Dominic J. Squatrito is jointly and severally liable.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date August 2, 1994

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:     Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google